# AFFIDAVIT OF SERVICE

United States District Court
For the Southern District of New York

Noelle Cunningham,
Plaintiff,

Vs.                                                    Civil Action No.: 13-CV-5690

Merz Pharmaceuticals LLC,
Defendant.

**PROOF OF SERVICE:**

On August 14, 2013, the Affiant received a Summons and Complaint for service upon the defendant, **Merz Pharmaceuticals, LLC**, located at 4215 Tudor Lane, Greensboro, NC 27410.

On August 16, 2013, at 3:25 p.m., the Affiant served Merz Pharmaceuticals, LLC, by serving Bill Edwards, General Counsel for the defendant.
Bill Edwards is described as a white male, 50 years of age, glasses, black hair, 5 ft. 10 in. tall. 155 lbs.

**AFFIRMATION OF SERVICE:**
I, the undersigned, affirm that the foregoing is true and correct to the best of my knowledge.

**North Carolina**
**Guilford County**

I, _Patricia A. Mitchell_, a Notary Public for Guilford County, North Carolina, do certify that _Steve Mitchell_ personally appeared before me this day and acknowledged the due execution of the foregoing instrument.
Witness my hand and official seal, this

_17_ day of _August_, 20_13_.

_Patricia A. Mitchell_
Notary Public Signature

PATRICIA A MITCHELL
NOTARY PUBLIC
GUILFORD COUNTY, NC
My Commission Expires 10-14-2014

_____
Signature of Affiant

STEVE MITCHELL
Printed Name of Affiant

Affiant states that they are over the age of 21 years, and not a party to this action.