Furman, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/09/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

NOELLE CUNNINGHAM,

                        Plaintiff,

-against-

MERZ PHARMACEUTICALS LLC,

                        Defendant.

-------------------------------------------------------------X

Civ. No.: 13 CV 5690
Furman, J.

## STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

WHEREAS Plaintiff served the Complaint upon Defendant on August 16, 2013;

WHEREAS the date by which Defendant must answer, move or otherwise respond to the Complaint is currently September 6, 2013;

WHEREAS no previous extension of time has been sought by Defendant;

IT HEREBY IS STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendant, as follows:

(1)     the date by which Defendant must answer, move or otherwise respond to the Complaint hereby is extended from September 6, 2013 to and including October 7, 2013.

| LAW OFFICES OF LAUREN GOLDBERG PLLC | JACKSON LEWIS LLP |
|---|---|
| LAUREN GOLDBERG PLLC | *ATTORNEYS FOR DEFENDANT* |
| *ATTORNEYS FOR PLAINTIFF* | 58 South Service Road, Suite 410 |
| 204 West 84th Street | Melville, New York 11747 |
| New York, New York 10024 | (631) 247-0404 |
| (646) 452-8380 | |
| By: _____ | By: _____ |
| Lauren Goldberg, Esq. | John J. Porta, Esq. |
| Dated: 9/4/13 | Dated: 9/4/13 |

SO ORDERED on this __9th__ day of __Sept.__, 2013

_____
JESSE M. FURMAN
United States District Judge