USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/15/2013__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                :

NOELLE CUNNINGHAM,                          :

                      Plaintiff,          :

                                              :         13 Civ. 5690 (JMF)

      -v-                              :

                                              :          MEDIATION
MERZ PHARMACEUTICALS LLC,        :   REFERRAL ORDER

                                              :

                    Defendant.     :

                                              :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that this case is referred for mediation to the Court-

annexed Mediation Program.  The parties are hereby notified that Local Rule 83.12 shall

govern the mediation and are directed to participate in the mediation in good faith.  The

mediation will have no effect upon any scheduling Order issued by this Court without

leave of this Court.

      SO ORDERED.

Dated: October 15, 2013
       New York, New York

                                     JESSE M. FURMAN
                                United States District Judge